# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

VICTORIA WOOD AND KENNETH LANO WOOD,

    Plaintiffs,

    v.

FORD MOTOR COMPANY; PRICE FORD OF TURLOCK; and DOES 1 through 10, inclusive,

    Defendants.

Case No.: 5:24-cv-02946-NW

[PROPOSED] ORDER ~~GRANTING~~ DENYING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISDICTION

On March 10, 2026, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is ~~Granted~~;

2. The Court continues the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from March 19, 2026, to April 2, 2026; and

3. The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated:

DENIED

Judge Noël Wise

_____
Wise
UNITED STATES DISTRICT JUDGE

-1-