# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

VICTORIA WOOD AND KENNETH LANO WOOD,

     Plaintiffs,

     vs.

FORD MOTOR COMPANY; PRICE FORD OF TURLOCK, and DOES 1 through 10, inclusive,

     Defendants.

Case No. 5:24-cv-02946-NW

Hon. Noel Wise

**[PROPOSED] ORDER**

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiffs VICTORIA WOOD AND KENNETH LANO WOOD ("Plaintiffs") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $30,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $30,000.00 to resolve attorneys' fees, costs, and expenses.

3. Payment is to be made to counsel for Plaintiffs by June 17, 2026. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: March 20, 2026

_____
Hon. Noel Wise
District Court Judge

1

**[PROPOSED] ORDER**